IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARET J. LOPEZ, Individually
and on behalf of all others similarly situated,

      Plaintiff,

v.                                               Civil Action No. 1:16-cv-01257-WPL-KBM

EL MIRADOR, INCORPORATED
and LOUIS PEREA,

      Defendants.

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DEFENDANTS RESPONSE TO PLAINTIFFS MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONDITIONALLY CERTIFY A FLSA COLLECTIVE ACTION AND APPROVE NOTICE

The parties have agreed to extend the deadline for Defendants to file a response to Plaintiffs Memorandum of Law in Support of Motion to Conditionally Certify a FLSA Collective Action and Approve Notice, for a twenty-one (21) day period. If this motion is granted Defendants deadline to file such response would be March 24, 2017. As conditions of this extension defendants have agreed that the statute of limitations for putative FLSA plaintiffs may be tolled during the twenty-one-day extension, and defendants shall make no effort to resolve potential claims with putative FLSA plaintiffs during this same period.

                                                             Respectfully submitted:

                                                              Jackson Law, LLC

                                                              By: /s/ *Wesley C. Jackson*
                                                                  Wesley C. Jackson, Esq.
                                                             7125 Prospect Pl. NE
                                                            Albuquerque, NM 87110
                                                            Telephone: (505) 288-5002
                                                            Facsimile: (505) 884-6362

APPROVED BY:

_____
Wesley C. Jackson, Esq.
Jackson Law, LLC
Attorney for Defendant
7125 Prospect Pl., NE
Albuquerque, NM 87190
Office: (505) 881-7676; Cell: (505) 288-5002
Email: wes@legalactionnm.com


*Approved by email 2-23-2017*
Philip Bohrer
Attorney for Plaintiff
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
Email: phil@bohrerbrady.com