IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET J. LOPEZ, Individually
and on behalf of all others similarly situated,

       Plaintiff,

v.                                         Civil Action No. 1:16-cv-01257-RCB-KBM

EL MIRADOR, INCORPORATED
and LOUIS PEREA,

       Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DEFENDANTS RESPONSE TO PLAINTIFFS MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONDITIONALLY CERTIFY A FLSA COLLECTIVE ACTION AND <u>APPROVE NOTICE</u>**

       This matter, having come before the Court on the Unopposed Motion by Defendants to Extend the Deadline to File a Response to Plaintiff's Memorandum of Law in Support of the Motion to Conditionally Certify a FLSA Collective Action and Approve Notice [Doc. 21] ("Motion" herein), and the Court being advised that the parties have agreed to extend the deadline for Defendants to file such response for a twenty-one (21) day period; provided that the statute of limitations for putative FLSA plaintiffs is tolled during the extension, and that Defendants shall make no effort to resolve potential claims with putative FLSA plaintiffs during this same period, and the Court otherwise noting that the Motion is unopposed, finds that it is well taken and is therefore granted.

       It is so ordered, adjudged and decreed that Defendants shall have until March 24, 2017 to file their response to the Motion; that the statute of limitations for putative FLSA plaintiffs is

tolled during this extension; and that Defendants shall make no effort to resolve potential claims with putative FLSA plaintiffs during this same period.

_____
ROBERT C. BRACK
United States District Judge

Form of order submitted by:

*/s/ Wesley C. Jackson*
Wesley C. Jackson, Esq.
Jackson Law, LLC
Attorney for Defendant
7125 Prospect Pl., NE
Albuquerque, NM 87190
Office: (505) 881-7676; Cell: (505) 288-5002
Email: wes@legalactionnm.com